[No. 3355–2. Division Two. September 5, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. SIMON
STRONG, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. C–3030, Jay W. Hamilton, J., entered January
27, 1978. *Affirmed* by unpublished opinion per Johnson, J.
Pro Tem., concurred in by Pearson, C.J., and Petrie, J.

[No. 3085–2. Division Two. September 5, 1979.]

ALL–STATES LEASING COMPANY, *Appellant,* v. JACK
B. EDWARDS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Clallam County, No. 33690, Tyler C. Moffett, J., entered
September 2, 1977. *Affirmed* by unpublished opinion per
Petrie, J., concurred in by Pearson, C.J., and Soule, J.

[No. 3240–2. Division Two. September 7, 1979.]

CLAUDE LEBEUF, ET AL, *Appellants,* v. BARRY BRENT,
ET AL, *Defendants,* NORTH PACIFIC REALTY,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 246373, William L. Brown, Jr., J., entered
December 2, 1977. *Affirmed* by unpublished opinion per
Pearson, C.J., concurred in by Petrie and Soule, JJ.

[No. 3399–2. Division Two. September 7, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. NEIL
BONDURANT, *Appellant.*

Appeal from a judgment of the Superior Court for
Clallam County, No. 4901, Gerald B. Chamberlin, J.,
entered February 3, 1978. *Affirmed* by unpublished opinion
per Petrie, J., concurred in by Pearson, C.J., and Reed, J.